IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| EDWARD JULIUS COWART, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-85(HL) |
| | * |
| Warden ASHLEY PAULK, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 23, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 23rd day of November, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk